UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| COTY BARRON,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ZIEGLER,<br>ADAM BURD,<br>DEARBORN COUNTY POLICE DEPARTMENT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:26-cv-00142-TWP-KMB |

**ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Court's screening order at Dkt. No. 11 dismissed the operative complaint pursuant to 28 U.S.C. § 1915A. The plaintiff was given until September 21, 2026, in which to file an amended complaint that would cure the deficiencies identified in the Court's order or show cause why Judgment consistent with the order should not issue (Dkt. 11 at 5).

The plaintiff has failed to amend his complaint or otherwise respond to the Order, and the deadline to do so has passed. For the reasons stated in the Court's screening order, the plaintiff's allegations are insufficient to state a claim. *Id*. at 3-5. Therefore, this action is **dismissed for failure to state a claim upon which relief can be granted**. 28 U.S.C. § 1915A; *see also Childress v. Walker*, 787 F.3d 433, 441 (7th Cir. 2015); *Paul v. Marberry,* 658 F.3d 702, 705 (7th Cir. 2011).

Also, because this case is being dismissed for failure to state a claim, the plaintiff is warned that it may constitute a "strike" under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* after having three cases or appeals dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Hill v. Madison Cty., Ill.*, 983 F.3d 904, 906 (7th Cir. 2020) ("It makes good sense for a judge who believes a dismissal to come

within the scope of § 1915(g) to include notice to that effect," even though later courts must make the conclusive determination of whether each prior dismissal meets the statutory definition).

Final judgment shall now issue.

**IT IS SO ORDERED.**

Date: October 26, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

COTY BARRON
268665
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only